HEATHER E. WILLIAMS, CSB 122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CSB 141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Petitioner
BENJAMIN T. CARIDAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD,<br><br>          Petitioner,<br><br>     v.<br><br>HARRY OREOL,  Executive Director,<br>Department of State Hospitals - Patton<br><br>          Respondent. | Case No.  2:14-cv-01847 KJM AC P<br><br>**[PROPOSED]**  **ORDER**<br><br>**SUBSTITUTION OF ATTORNEY** |

Petitioner, BENJAMIN T. CARIDAD, hereby moves this Court for an order **substituting Marylou Hillberg, Attorney at Law, P.O. Box 1879, Sebastopol, CA 95473, as appointed counsel for the Petitioner in the above-entitled case.** On September 22, 2016, this Court appointed the Federal Defender Office to represent Petitioner Caridad.  The Federal Defender's Office has determined that it is currently unable to represent Petitioner at this time.  Ms. Hillberg has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

-1-

Ms. Hillberg is aware of the scheduling order and deadlines in this case. The undersigned is authorized to sign this substitution motion on her behalf.

Dated:  September 29, 2016         Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 *s/ Ann C. M<sup>c</sup>Clintock*
                                                 ANN C. M<sup>c</sup>CLINTOCK
                                                 Assistant Federal Defender

Dated:  September 29, 2016

                                                 *s/ Marylou Hillberg*
                                                 MARYLOU HILLBERG
                                                 Attorney

**O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that MARYLOU HILLBERG, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

IT IS SO ORDERED.

Dated: September 29, 2016

                                                 ALLISON CLAIRE
                                                 UNITED STATES MAGISTRATE JUDGE