UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD,<br><br>    Petitioner,<br><br>  v.<br><br>HARRY OREOL,<br><br>    Respondent. | No. 2:14-cv-1847 KJM AC P<br><br><br>ORDER |

Pursuant to petitioner's second Ex Parte Motion for Extension of Time to File an Amended Petition, appointed counsel's supporting declaration thereto, and for good cause shown, IT IS HEREBY ORDERED that petitioner's motion for a 90-day extension of time, see ECF No. 62, is GRANTED.

Accordingly, on or before June 20, 2017, petitioner shall:

1. File and serve his Second Amended Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, OR a fully-briefed request that this action be voluntarily dismissed; OR

2. Show cause why additional time is needed.

SO ORDERED.

DATED: March 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE