UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD,<br><br>Petitioner,<br><br>v.<br><br>HARRY OREOL,<br><br>Respondent. | No. 2:14-cv-1847 KJM AC P<br><br><br><br>ORDER |

Petitioner seeks leave to proceed on his proposed Third Amended Petition for writ of habeas corpus. For good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed on his proposed Third Amended Petition and attached exhibits, ECF No. 73, is granted.

2. The Clerk of Court is directed to:

   A. Separately file and docket petitioner's Third Amended Petition and exhibits (currently docketed at ECF Nos. 73-1 and 73-2); and

   B. Indicate on the docket that petitioner's Third Amended Petition is the only currently operative petition in this case.

////

////

////

3. The deadlines set forth in the court's order filed June 28, 2017 (ECF No. 72) are vacated, and rescheduled as follows:

    A. Petitioner shall, within 30 days after the filing date of *this* order, file and serve a motion to stay the instant action pending exhaustion of his claims in the state courts;

    B. Respondent shall file and serve a response within 28 days after service of petitioner's motion; and

    C. Petitioner may file and serve a reply within 14 days after service of respondent's reply.

IT IS SO ORDERED.

DATED: June 30, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE