UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD,<br><br>        Petitioner,<br><br>   v.<br><br>HARRY OREOL,<br><br>        Respondent. | No. 2:14-cv-1847 KJM AC P<br><br><br><br>ORDER |

Respondent's motion to dismiss this action has been noticed for hearing before this court on January 17, 2018. See ECF No. 88. Briefing on the motion shall be in accordance with Local Rule 230(b)-(i). Accordingly, IT IS HEREBY ORDERED that:

    1. Respondent's previously-filed motion to dismiss, ECF No. 85, shall be disregarded.

    2. Petitioner's request for extended time to respond to respondent's prior motion, ECF No. 86, is denied as moot.

    3. The Clerk of Court is directed to make the appropriate changes on the docket.

DATED: November 17, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE