UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD, | No. 2:14-cv-1847 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| HARRY OREOL, | |
| Respondent. | |

Petitioner requests an extension of time to file his opposition to respondent's pending motion to dismiss. Petitioner's counsel states that she is awaiting receipt of pertinent state court transcripts, and that respondent's counsel has no objection to extending time. Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for extended time, ECF No. 90, is granted.

2. Petitioner shall file and serve his opposition to respondent's pending motion to dismiss on or before February 7, 2018.

3. Respondent shall file and serve a reply on or before February 21, 2018.

4. The hearing currently scheduled on this matter for January 17, 2018, is vacated.

////

////

////

5. The hearing is rescheduled to Wednesday, March 7, 2018, at 10:00 a.m., in Courtroom No. 26.

IT IS SO ORDERED.

DATED: January 4, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE