UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD,<br>Petitioner,<br>v.<br>HARRY OREOL,<br>Respondent. | No. 2:14-cv-1847 KJM AC P<br><br>ORDER |

In this habeas corpus action filed pursuant to 28 U.S.C. § 2254, petitioner challenges his civil commitment to the Department of State Hospitals under California's Mentally Disordered Offender Act, California Penal Code §§ 2960 et seq. The parties' respective motions – respondent's motion to dismiss (ECF No. 88) and petitioner's motion for an evidentiary hearing (ECF No. 93) – were addressed by the court at a hearing held March 7, 2018. Petitioner was represented by court-appointed counsel, Mr. Marylou Hillberg; respondent was represented by California Deputy Attorney General David Eldridge.

For the reasons stated by the undersigned at the hearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an evidentiary hearing (ECF No. 93) is granted, subject to the schedule set forth below.

2. Respondent's motion to dismiss (ECF No. 88) shall remain pending until the conclusion of the evidentiary hearing.

1     3. In preparation for the evidentiary hearing, discovery shall proceed as follows:

2     a. Petitioner's requests for the court's assistance in obtaining discovery shall be filed and served within 30 days, or by April 6, 2018.

    b. Any objections to petitioner's discovery requests shall be filed and served by respondent within 7 days after the request is filed.

    c. Petitioner shall file and serve any reply within 3 days after the filing of an objection.

    d. Discovery disputes, if any, shall be decided by the court on the papers.

    4. Expert witnesses shall be disclosed within 60 days, or by May 7, 2018; expert reports shall be provided to opposing counsel within 120 days, or by July 5, 2018.

    5. The evidentiary hearing shall be held before the undersigned on Monday, August 20, 2018, at 9:00 a.m., in Courtroom No. 26.

    a. No later than 30 days prior to the hearing, or by July 20, 2018, petitioner's counsel shall submit to the court a proposed writ ad testificandum to obtain petitioner's attendance at the evidentiary hearing.

    b. Any motions in limine shall be filed and served no later than Monday, August 13, 2018, and shall be heard and determined by the court on August 20, 2018, immediately prior to commencement of the evidentiary hearing.

    c. At the commencement of the evidentiary hearing, the parties shall provide the court and one another with courtesy binders of their exhibits, which shall be clearly tabbed.

    6. The parties are encouraged to stipulate to the authenticity and foundation of exhibits to the extent reasonably possible.

    IT IS SO ORDERED.

DATED: March 7, 2018

    /s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE