UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>HARRY OREOL,<br><br>　　　　Respondent. | No. 2:14-cv-1847 KJM AC P<br><br><br><br>ORDER |

　　　The motion to quash filed by Kenneth L. Rosenfeld on July 2, 2018, ECF No. 104, is HEREBY SCHEDULED FOR HEARING before the undersigned on Wednesday, July 25, 2018, at 10:00 a.m., in Courtroom No. 26. Petitioner shall file and serve a response to the motion on or before Monday, July 23, 2018.

　　　IT IS SO ORDERED.

DATED: July 18, 2018

　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE