1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BENJAMIN T. CARIDAD,                      No.  2:14-cv-1847 KJM AC P

12              Petitioner,

13        v.                                    ORDER

14   HARRY OREOL,

15              Respondent.

16

17         By order filed July 18, 2018, the motion to quash filed by Kenneth L. Rosenfeld (ECF No.

18   104) was set for hearing before the undersigned on July 25, 2018.  ECF No. 108.  It was the

19   court's intention to resolve the motion in advance of the August 20 evidentiary hearing.  See ECF

20   No. 98 (order setting evidentiary hearing).  Petitioner has now responded to the motion to quash,

21   ECF No. 109, moved to continue the evidentiary hearing, ECF Nos. 110 & 111, and referenced a

22   motion to compel responses to subpoenas, ECF Nos. 110 at 2:9 & 111 at 2:4.  No motion to

23   compel has been filed.

24         Having reviewed petitioner's submissions, and good cause appearing, it is hereby ordered

25   as follows:

26        1.   The July 25, 2018 hearing on Mr. Rosenfeld's motion to quash is VACATED, to be

27             reset as further ordered below;

28        2.   Petitioner's motion to continue, ECF No. 110, is GRANTED; the evidentiary hearing

now set for August 20, 2018, is VACATED and will be reset at or following hearing on discovery motions;

3. Petitioner's motion to shorten time, ECF No. 111, is DENIED as moot;

4. The parties to this action and to the instant discovery dispute(s) shall, no later than July 31, 2018, file a stipulation and proposed order setting forth dates for the filing of petitioner's motion to compel, any outstanding briefing regarding discovery motions, and a single hearing on all discovery motions. The provisions of Local Rule 251, with the exception of the meet and confer requirement, shall not apply.

IT IS SO ORDERED.

DATED: July 24, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE