UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD,<br><br>    Petitioner,<br><br>    v.<br><br>NORM KRAMER,<br>Acting Executive Director,<br>Napa State Hospital,<br><br>    Respondent. | No. 2:14-cv-1847 KJM AC P<br><br>[~~PROPOSED~~] ORDER re. DISCOVERY |

Pursuant to the discovery motions heard September 12, 2018, this court's order dated September 20, 2018 (ECF No. 123), and petitioner's status report and ex parte request for extended time and clarification filed October 10, 2018 (ECF No. 125), IT IS HEREBY ORDERED that:

1. Petitioner's counsel may retain the two banker's boxes containing Mr. Rosenfeld's paper files on Mr. Caridad for an additional week at the Office of the Federal Defender, until October 17, 2018.

2. Mr. Rosenfeld shall, on or before October 17, 2018, deliver copies of *all* his electronic files regarding Mr. Caridad created after January 1, 2013, including but not limited to "108 records on his root file index" and "all files after January 7, 2013, concerning Rosenfeld's declarations for authorization of services of investigators or expert witnesses to be funded by the

1

Conflict Criminal Defenders Panel."

3. Mr. Rosenfeld shall, on or before October 17, 2018, execute a declaration as to the completeness of his file disclosures.

IT IS SO ORDERED.

DATED: October 12, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE