IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**BENJAMIN T. CARIDAD,**

Petitioner,

v.

**NORM KRAMER, Acting Executive Director,**

Respondent.

2:14-cv-01847-KJM-AC (HC)

**[Proposed] Order on Disclosure of June 14, 2018** *Marsden* **Transcript**

For good cause shown and as stipulated before the court on January 9, 2019, the parties' request that the disclosure identified herein be subject to the court's previously issued protective order, ECF No. 144, is GRANTED. Accordingly, IT IS HEREBY ORDERED that petitioner's disclosure to respondent of the transcript of the June 14, 2018 state court hearing on petitioner's motion pursuant to *People v. Marsden*, 2 Cal. 3d 118 (1970), is subject to the protective order filed by this Court on September 20, 2018 (see ECF 124).

DATED: January 11, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE