UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD, | No. 2:14-cv-1847 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| HARRY OREOL, | |
| Respondent. | |

A status conference was held in this matter on April 24, 2019. Marylou Hillberg appeared on behalf of petitioner; David Eldridge appeared on behalf of respondent. For the reasons stated on the record, IT IS HEREBY ORDERED that:

1. Petitioner's motion to stay, ECF No. 148, is denied as unnecessary;

2. On or before July 1, 2019, petitioner shall file either: (a) a stipulation or motion requesting voluntary dismissal of this case, or (b) a status report; and

3. The Clerk of Court is directed to remove nonparty Kenneth Rosenfeld from the service list in this case.

IT IS SO ORDERED.

DATED: April 24, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE