UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD,<br><br>Petitioner,<br><br>v.<br><br>HARRY OREOL,<br><br>Respondent. | No. 2:14-cv-1847 KJM AC P<br><br><br><br>ORDER |

The court has reviewed petitioner's status report filed July 1, 2019. ECF No. 157. Review of the case information website operated by the Sacramento County Superior Court[1] indicates that petitioner's MDO recommitment hearing has been rescheduled for July 22, 2019.

Accordingly, IT IS HEREBY ORDERED that, on or before July 31, 2019, petitioner shall file either: (a) a stipulation or motion requesting voluntary dismissal of this case, or (b) a further status report.

DATED: July 16, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] See https://services.saccourt.ca.gov/PublicCaseAccess/ This court may take judicial notice of its own records and the records of other courts. See United States v. Howard, 381 F.3d 873, 876 n.1 (9th Cir. 2004); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980); see also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).