UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD,<br><br>    Petitioner,<br><br>v.<br><br>HARRY OREOL,<br><br>    Respondent. | No. 2:14-cv-1847 KJM AC P<br><br><br>ORDER |

The court has reviewed petitioner's status report filed July 29, 2019. ECF No. 159. Petitioner's counsel states that the Sacramento County Superior Court has again moved petitioner's MDO recommitment hearing, now rescheduled for August 1, 2019. Petitioner's counsel also informs the court that she is unavailable through mid-August due to a recent death in her family; counsel requests that any further status report or voluntary dismissal be due no sooner than August 30, 2019.

Accordingly, IT IS HEREBY ORDERED that, on or before August 30, 2019, petitioner shall file either: (a) a stipulation or motion requesting voluntary dismissal of this case, or (b) a further status report.

DATED: July 30, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE