# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. CARIDAD, | No. 2:14-cv-1847 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| HARRY OREOL, | |
| Respondent. | |

The court has reviewed petitioner's status report filed August 26, 2019. ECF No. 161. Petitioner's counsel states that the Sacramento County Superior Court has continued petitioner's MDO recommitment hearing to September 9, 2019. Counsel requests that any further status report or request for voluntary dismissal be due no sooner than September 30, 2019.

Accordingly, IT IS HEREBY ORDERED that, on or before September 30, 2019, petitioner shall file either: (a) a stipulation or motion requesting voluntary dismissal of this case, or (b) a further status report.

SO ORDERED.

DATED: August 27, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE